UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SECURITIES & EXCHANGE COMMISSION,  :

         Plaintiff,  :      ORDER

    -against-  :      04 Civ. 6488 (RJH)(KNF)

ANGELO HALIGIANNIS, ET AL.,  :

         Defendants.  :
------------------------------------------------------------X

ATHANASIOS DRENIS, ET AL.,  :

         Plaintiffs,  :

    -against-  :

ANGELO HALIGIANNIS, ET AL.,  :      04 Civ. 9263 (RJH)(KNF)

         Defendants.  :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A conference was held for the above-captioned actions on January 28, 2010. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. on or before February 11, 2010, the <u>Drenis</u> plaintiffs shall make available to the <u>Drenis</u> defendants, for inspection, the plaintiffs' accounting and the financial documents upon which that accounting is based;

2. on or before February 11, 2010, the <u>Drenis</u> defendants shall disclose to the <u>Drenis</u> plaintiffs all the financial documents responsive to the plaintiffs' previously made document demands;

3. the Drenis parties shall confer, on or before February 25, 2010, and, thereafter, advise the Court, at the next scheduled status conference, of: (a) the estimated cost of making the financial records, upon which the Drenis plaintiffs' accounting is based, available in an electronic format accessible by all parties; and (b) the time the parties will need to complete their respective analyses of the documents exchanged in accordance with the above-noted directives;

4. a conference will be held with the parties on March 9, 2010, at 2:00 p.m., in Courtroom 20A, 500 Pearl Street, New York, New York; and

5. Counsel to the lead plaintiff, Athanasios Drenis, shall serve a copy of this order on all concerned parties.

Dated: New York, New York
January 29, 2010

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Sent copy via facsimile to:

Michael T. Stolper, Esq.