UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ATHANASIOS DRENIS, ET AL., :

          Plaintiffs, :

     -against- :

ANGELO HALIGIANNIS, ET AL., :

          Defendants. :
------------------------------------------------------------X



ORDER

04 Civ. 9263 (RJH)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    The plaintiff made an application for an order directing the defendants to answer interrogatories the plaintiffs served on them previously. Thereafter, the Court received and reviewed written submissions from some defendants opposing the plaintiffs' application and a reply submission from the plaintiffs urging that the requested order be issued.

    Having considered the respective submissions, the Court finds that, at this juncture, the plaintiffs' interrogatories need not be answered. The Court is mindful that the defendants are analyzing the plaintiffs' accounting and the financial records that underpin that accounting; the results of their analyses, which will be reported to the Court in April, at the next scheduled conference with the parties, may provide, in substance, answers to the interrogatories, given that the interrogatories are directed principally to confirming information about the contributions made by, and the distributions made to the defendants as participants in the various "Sterling Watters" partnership entities. Should the defendants determine that the plaintiffs' accounting is accurate, in its portrayal of the funds that entered and left the "Sterling Watters" partnership entities, the data sought to be captured through the interrogatories may become unnecessary. On

the other hand, if the defendants dispute the plaintiffs' accounting, they will, necessarily, perform their own accounting and, when that exercise is completed and the defendants' accounting is published to the plaintiffs, the plaintiffs will know, from the defendants' vantage point, what contributions and distributions were made on their respective behalves to these partnerships and when.

Therefore, the application by the plaintiffs, that an order issue directing the defendants to answer the plaintiffs' interrogatories, is denied.

Dated: New York, New York  
       March 26, 2010

SO ORDERED:

_____  
KEVIN NATHANIEL FOX  
UNITED STATES MAGISTRATE JUDGE