UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ATHANASIOS DRENIS, et al.,

           Plaintiffs,

-against-

ANGELO HALIGIANNIS, et al.,

           Defendants.
------------------------------------------------------------x

Index No. 04 CV 9263

ECF Case

**STIPULATION AND ORDER**
**OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-18-14

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that whereas no party hereto is an infant or a person suffering from an incapacity that would require the appointment of a guardian or incompetent person for whom a committee, conservator or guardian has been appointed and no non-natural person who is a party has had a receiver, referee or bankruptcy trustee appointed, all claims and causes of action in the above-entitled action be, and the same hereby are dismissed, with prejudice, as against and by Robert Marini and without costs to either party as against the other.

Dated: New York, New York
        October    , 2014

| LERNER, ARNOLD & WINSTON LLP | R. SCOTT LAFAZIA, P.C. |
|---|---|
| By: _____<br>Charles M. Arnold | By: _____<br>Scott LaFazia |
| 475 Park Ave South<br>28th Floor<br>New York, New York 10016<br>(212) 686-4655 | 594 Valley Road<br>Suite #8<br>Montclair, New Jersey 07043<br>(973) 655-1661 |
| Attorneys for Plaintiffs | Attorney for Defendant Robert Marini |

SO ORDERED:

_____
HON. LORETTA A. PRESKA, U.S.D.J.

November 18, 2014

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.