# LERNER, ARNOLD & WINSTON, LLP
## ATTORNEYS AT LAW
475 PARK AVENUE SOUTH, 28TH FLOOR
NEW YORK, NEW YORK 10016
(212) 686-4655
FAX (212) 532-3301

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/2/15

January 29, 2015

**VIA ECF**
Hon. Loretta A. Preska
Chief US District Judge
United States Courthouse
Courtroom 12A
500 Pearl St.
New York, NY 10007-1312

        Drenis, et al. vs. Kyriacou, et al.
        Docket #:  04 Civ. 9263 (LAP)
        Our File No.:  05-123-CMA

Dear Chief Judge Preska,

    The Plaintiffs in the above referenced matter have electronically filed Stipulations and Orders of Dismissals dismissing defendants Peter Derby and Robert Marini from this matter, and have filed Default Judgments against defendants Alex Skilas, Maria Haligiannis and Stuart Adler.  As per the instructions of your law clerk, Jacob, Plaintiffs submit this letter to request that inquest dates for defendants Alex Sklias, Maria Haligiannis and Stuart Adler be scheduled at the Court's earliest convenience.

    Thank you for consideration of this request.

                Respectfully,

                LERNER, ARNOLD & WINSTON, LLP

                By: _____
                    Charles Martin Arnold (CA 1530)

cc: All Counsel on ECF

---

*[Handwritten order:]* Counsel shall confer with the remaining defendants' counsel (or the defendants) and inform the Court promptly how much time the inquests are expected to take.

2/2/15

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE